# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Andre Alexander Harden-Rivera, | |
| Plaintiff(s), | Case No. 24 cv 11842 |
| v. | Judge Sharon Johnson Coleman |
| Village of Coal City, Illinois et al, | |
| Defendant(s). | |

## **ORDER**

Motion hearing held. Plaintiff's application for leave to proceed in forma pauperis [4] is granted. The Court has reviewed Plaintiff's complaint [1] pursuant to 28 U.S.C. § 1915(e)(2) and finds that, liberally construed, it states a claim, is not frivolous or malicious, and does not seek damages from a defendant who is immune. See 28 U.S.C. § 1915(e)(2)(B)(i)-(iii). In particular, pro se Plaintiff alleges that Defendants violated his constitutional rights during and following a traffic stop of Plaintiff's vehicle, and alleges that he was subject to, among other things, unreasonable search and seizure and police questioning while in custody in violation of Miranda v. Arizona, 384 U.S. 436 (1966). The Clerk's Office is to issue summons for Defendants Village of Coal City, Illinois, Chief Christopher Harseim, Officer Connor Goron, Officer Kirstyn McKim, Officer Nathan Stadler, and Bonnie Wieczorek, and to ensure that the USM 285 forms received on 11/18/2024 [6] are also sent to the U.S. Marshal Service. The U.S. Marshal Service is directed to serve the summons and complaint. The Court will set a hearing for February 7, 2025 at 10:00 AM, which the Court will strike and reschedule if all Defendants have not been served by February 3, 2025.

Date: 12/4/2024

Sharon Johnson Coleman
United States District Judge

(T:00:06)